1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant Sergei V. Shkurkin

**FILED**

JUL 2 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. Cr. 09-0862 MHP |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **(PROPOSED) ORDER** |
| ) | **TO MODIFY CONDITIONS OF** |
| SERGEI V. SHKURKIN, ) | **PRETRIAL RELEASE** |
| ) | |
| Defendant. ) | |

Defendant, Sergei V. Shkurkin, through his counsel, and the United States, through its counsel, hereby stipulate and request that the conditions of pretrial release for Sergei Shkurkin be modified, as follows:

1. Mr. Shkurkin's travel restrictions, which presently allow him to travel within the Eastern and Northern Districts of California without notice to Pre-Trial Services, shall be amended to allow Mr. Shkurkin to travel to Reno, Nevada on July 27 and 28, 2011. The purpose of this is to allow Mr. Shkurkin to participate in work-related activities at the University of Nevada, Reno.

//

//

1  //

2

3       Eastern District of California Pre-Trial Services Officer Beth Baker reports that Mr.
4  Shkurkin continues to be in full compliance with his obligations and she has no objection to this
5  proposed stipulation and order. Northern District Pre-Trial Services Officer Rich Sarlatte's office
6  has also been notified of this proposed order as well.
7       All other terms and conditions of Pre-Trial release remain in effect.

9  IT IS SO STIPULATED.

11 DATED:    July 13, 2011           /s/ Andrew Caputo
                                     ANDREW CAPUTO
12                                   Assistant United States Attorney

14 DATED:    July 13, 2011           /s/ William J. Portanova
                                     WILLIAM J. PORTANOVA
15                                   Attorney for Defendant Sergei V. Shkurkin

**IT IS SO ORDERED.**

19 DATED:  7/20/11
                                     _____
                                     THE HON. TIMOTHY J. BOMMER
20                                   **United States Magistrate Judge**

- 2 -